IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHAD C. NARDUZZI, :
      Plaintiff, : 1:14cv-1349
　 :
v. : Hon. John E. Jones III
　 :
RICHARD C. SMITH, *et al.*, :
      Defendants :

# ORDER

**September 24, 2015**

**NOW, THEREFORE,** upon consideration of Defendants' motion (Doc. 19) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 19) is **GRANTED**. Plaintiff's complaint is **DISMISSED** in its entirety.

2. The Clerk of Court is directed to **CLOSE** this case.

3. The Clerk of Court is further directed to **TERMINATE** all pending motions (Docs. 19, 48, 56).

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge